# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                          Date:   November 21, 2000

| | |
|---|---|
| INSTITUTE OF INNOVATIVE MEDICINE, INC. | |
| Plaintiff | |
| vs. | Civil 98-1646 (PG) |
| LABORATORIOS UNIDOS DE BIOQUIMICA FUNCIONAL, et al | |
| Defendants | |

By Order of the Court a second status conference in the above captioned case, is hereby set for **Tuesday, December 5, 2000,** at 1:30 P.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Francisco López Romo
       Ignacio Rivera Cordero
       Cesar Alcover Acosta