UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



INSTITUTE OF INNOVATIVE
MEDICINE, INC.,
    Plaintiff,

v.                                              Civil No. 98-1646(PG)

LABORATORIOS UNIDOS DE
BIOQUIMICA FUNCIONAL, INC.,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #25 - Informative Motion. | **DENIED.** |
| Docket #26 - Motion Requesting Protective Order. | **DENIED.** |

Date: _December 13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge