UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 18 AM 10 53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| INSTITUTE OF INNOVATIVE MEDICINE, INC., | * * * * |
| Plaintiff | * * |
| v. | * Civ. No. 98-1646(PG) |
| LABORATORIOS UNIDOS DE BIOQUIMICA FUNCIONAL, ET AL., | * * * |
| Defendants | * * |

## JUDGMENT

Having Plaintiff filed a Demand for Arbitration under the Commercial Arbitration Rules of the American Arbitration Association, it is hereby **ORDERED and ADJUDGED** that the case be **DISMISSED without prejudice**.

In San Juan, Puerto Rico, January 16, 2001.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)